AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| RAMON O. CANELAS, on his own behalf and on behalf of others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> FRANK & NINO'S PIZZA CORP d/b/a Nona's Pizza <br><br> et al. <br> *Defendant(s)* | Civil Action No. 19-cv-06105 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Troy Law, PLLC
John Troy
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/01/2019

/S/ P. NEPTUNE
*Signature of Clerk or Deputy Clerk*

**FRANK & NINO'S PIZZA CORP**
    **d/b/a Nona's Pizza**
6100 Riverdale Avenue, Bronx, NY 10471

**NAIM ELEZAJ**
    **a/k/a Nino Elezaj and**
    **a/k/a Nona Elezaj**
6100 Riverdale Avenue, Bronx, NY 10471

**FIDAIM ELEZAJ**
    **a/k/a Frank Elezaj**
6100 Riverdale Avenue, Bronx, NY 10471

**FAZLIJA ELEZAJ**
6100 Riverdale Avenue, Bronx, NY 10471

**RAMON O. CANELAS v.**
**FRANK & NINO'S PIZZA CORP d/b/a Nona's Pizza, et al.**

**Summons Rider**