# SINAYSKAYA YUNIVER p.c.
ATTORNEYS AT LAW

**MEMO ENDORSED**

February 5, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/2020

**VIA E-FILING**
Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Case No. 1:19-cv-06105-VEC – *Ramon O Canelas on his own behalf and on behalf of others similarly situated v. Frank & Nino's Pizza Corp. d/b/a Nona's Pizza, Naim Elezaj a/k/a Nino Elezaj a/k/a Nona Elezaj, Fidaim Elezaj a/k/a Frank Elezaj, and Fazliga Elezaj*

**LETTER MOTION FOR AN ADJOURNMENT OF HEARING**

Dear Honorable Judge Valerie E. Caproni,

This law firm represents defendants Frank & Nino's Pizza Corp.,d/b/a Nona's Pizza, Naim Elezaj a/k/a Nino Elezaj a/k/a Nona Elezaj, Fidaim Elezaj a/k/a Frank Elezaj, and Fazlija Elezaj ("Defendants") in the above-referenced matter. Present counsel were retained this morning and have just filed a Consent to Change Attorney and Notice of Appearance. We have attempted to reach Plainitff's counsel on this matter all day today, but Plaintiff's counsel has not responded. Defendants are respectfully a 30-day adjournment to the upcoming hearing scheduled on Friday, February 7, 2020 at 10:00AM. This is the first request for such an extension of time by Defendants.

We appreciate Your Honor's time and attention to this matter, and should the Court need any further information we remain at the Court's disposal.

Respectfully submitted,

*/s/ Irene Sinayskaya, Esq. (IS5002)*

Irene Sinayskaya, Esq.
SINAYSKAYA YUNIVER, P.C.
710 Avenue U
Brooklyn, NY 11223
t: (718) 402-2240
f: (718) 305-4571
irene@sypcl.com
*Attorneys for Defendants*

cc: All Counsel of Record (via ECF)

Application DENIED.

SO ORDERED.

*[signature]*
2/5/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

SINAYSKAYA YUNIVER, P.C.