USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

RAMON O. CANELAS, *individually and on behalf of all others similarly situated*,

                       Plaintiff,

-against-

FRANK & NINO'S PIZZA CORP, *d/b/a Nona's Pizza*; NAIM ELEZAJ, *a/k/a Nino Elezaj and a/k/a Nona Elezaj*; FIDAIM ELEZAJ, *a/k/a Frank Elezaj*; FAZLIJA ELEZAJ,

                       Defendants. X

-------------------------------------------------------------

19-CV-6105 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the Parties appeared for an initial pretrial conference on February 14, 2020;

IT IS HEREBY ORDERED that Plaintiff's motion for conditional certification of a collective is due no later than **March 13, 2020**. Defendants' response is due no later than **March 27, 2020**. Plaintiff's reply is due no later than **April 3, 2020**.

**SO ORDERED.**

Date: **February 14, 2020**
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**

Page 1 of 1