```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/01/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
RAMON O. CANELAS, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-against-

FRANK & NINO'S PIZZA CORP, *d/b/a Nona's Pizza*; NAIM ELEZAJ, *a/k/a Nino Elezaj and a/k/a Nona Elezaj*; FIDAIM ELEZAJ, *a/k/a Frank Elezaj*; FAZLIJA ELEZAJ,

                Defendants.   X
-------------------------------------------------------------

19-CV-6105 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

    WHEREAS a hearing is scheduled for June 4, 2020, *see* Order at 8 (Dkt. 51);

    IT IS HEREBY ORDERED that the hearing is adjourned to **July 14, 2020, at 11:00 a.m.**

Plaintiff is ordered to personally appear at the hearing with his counsel.

**SO ORDERED.**

**Date:  June 1, 2020**
        **New York, NY**

                                    _____
                                    **VALERIE CAPRONI**
                                    **United States District Judge**