UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2020
```

---------------------------------------------------------------X

RAMON O. CANELAS, *individually and on*
*behalf of all others similarly situated*,

                          Plaintiff,

        -against-

FRANK & NINO'S PIZZA CORP, *d/b/a Nona's*
*Pizza*; NAIM ELEZAJ, *a/k/a Nino Elezaj and a/k/a*
*Nona Elezaj*; FIDAIM ELEZAJ, *a/k/a Frank*
*Elezaj*; FAZLIJA ELEZAJ,

                       Defendants.

  :          19-CV-6105 (VEC)

             ORDER

---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a conference in this case is scheduled for September 18, 2020, at 10:00 a.m.; and

      WHEREAS that time is no longer convenient for the Court;

      IT IS HEREBY ORDERED that the conference will be held on **September 18, 2020, at 10:30 a.m.**

      IT IS FURTHER ORDERED that the conference will be held as a teleconference.  The parties may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 6105#.

**SO ORDERED.**

Date:  September 15, 2020
       New York, NY

                           **VALERIE CAPRONI**
                          **United States District Judge**