```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
RAMON O. CANELAS, *individually and on*          :
*behalf of all others similarly situated*,       :
                                                 :
                          Plaintiff,             :
                                                 :     19-CV-6105 (VEC)
            -against-                            :
                                                 :     ORDER
                                                 :
                                                 :
FRANK & NINO'S PIZZA CORP, *d/b/a Nona's*        :
*Pizza*; NAIM ELEZAJ, *a/k/a Nino Elezaj and a/k/a* :
*Nona Elezaj*; FIDAIM ELEZAJ, *a/k/a Frank*      :
*Elezaj*; FAZLIJA ELEZAJ,                        :
                                                 :
                          Defendants.            X
--------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/18/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court held a conference in this case on September 18, 2020;

IT IS HEREBY ORDERED that, no later than September 22, 2020, Defendants' counsel must file on the public docket a representative sample of the discovery-related materials that Defendants have provided to Plaintiff; Defendants also must send to the Court for *in camera* review an unredacted version of the discovery-related materials filed on the docket.

IT IS FURTHER ORDERED that by separate order, this case has been referred for settlement to Magistrate Judge Netburn. Discovery in this case is stayed pending the outcome of the parties' settlement conference. No later than one week after conclusion of settlement discussions before the Magistrate Judge, the parties must submit a joint status letter to this Court.

**SO ORDERED.**

Date: September 18, 2020
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**