```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RAMON O. CANELAS,

                **Plaintiff,**

      -against-

FRANK & NINO'S PIZZA CORP., et al.,

                **Defendants.**

-------------------------------------------------------------X

19-CV-06105 (VEC)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge**:

    On Friday, September 18, 2020, the Honorable Valerie E. Caproni assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. The parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive.

    The parties should assume that the settlement conference will be conducted by telephone using a platform that will allow the Court to hold confidential conversations with counsel and the party representative(s) for each side.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 18, 2020
                New York, New York