```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAMON O. CANELAS                                  :
                                                  :
                              Plaintiff,          :
                                                  :
            -against-                             :      19-CV-6105 (VEC)
                                                  :
                                                  :      ORDER
                                                  :
FRANK & NINO'S PIZZA CORP, *d/b/a Nona's*         :
*Pizza*; NAIM ELEZAJ, *a/k/a Nino Elezaj and a/k/a* :
*Nona Elezaj*; FIDAIM ELEZAJ, *a/k/a Frank*       :
*Elezaj*; FAZLIJA ELEZAJ,                         :
                                                  :
                              Defendants.         :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court held a conference in this case on September 18, 2020;

WHEREAS after the September 18, 2020 conference, the Court referred the parties to a settlement conference before Magistrate Judge Netburn; and

WHEREAS the parties were unable to settle this case before Magistrate Judge Netburn;

IT IS HEREBY ORDERED that not later than **November 25, 2020**, the parties must file with the Court an updated joint status letter and an updated proposed Case Management Plan.

**SO ORDERED.**

Date:  November 17, 2020                                      _____
       New York, NY                                            **VALERIE CAPRONI**
                                                               **United States District Judge**