```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
RAMON O. CANELAS,

                                 Plaintiff,

               -against-                         19-CV-6105 (VEC)

                                                     ORDER

FRANK & NINO'S PIZZA CORP, *d/b/a Nona's Pizza*; NAIM ELEZAJ, *a/k/a Nino Elezaj and a/k/a Nona Elezaj*; FIDAIM ELEZAJ, *a/k/a Frank Elezaj*; FAZLIJA ELEZAJ,

                                 Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties are scheduled to appear before the Court for a pretrial conference on January 22, 2021, at 10:00 a.m.;

       WHEREAS Defendants have served on Plaintiff a Rule 68 Offer of Judgment and have filed a motion to dismiss in contemplation thereof; and

       WHEREAS the Court has ordered Plaintiff to either accept Defendants' Rule 68 Offer of Judgment or respond in opposition to Defendants' motion to dismiss not later than January 22, 2021;

       IT IS HEREBY ORDERED that the January 22, 2021 pretrial conference is ADJOURNED *sine die* pending Plaintiff's response to Defendants' Rule 68 Offer of Judgment and accompanying motion to dismiss.

**SO ORDERED.**

                                                            _____

**Date: January 18, 2021**                                       **VALERIE CAPRONI**
       New York, NY                                              **United States District Judge**