USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
RAMON O. CANELAS,

                       Plaintiff,

       -against-                            19-CV-6105 (VEC)

                                          ORDER

FRANK & NINO'S PIZZA CORP, *d/b/a Nona's Pizza*; NAIM ELEZAJ, *a/k/a Nino Elezaj and a/k/a Nona Elezaj*; FIDAIM ELEZAJ, *a/k/a Frank Elezaj*; FAZLIJA ELEZAJ,

                       Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on January 8, 2021, Defendants filed a motion to dismiss the complaint as moot in light of Defendants' Rule 68 Offer of Judgment, which Defendants contend provides for complete satisfaction of Plaintiff's claims, *see* Dkt. 85;

       WHEREAS on January 22, 2021, Plaintiff filed his opposition to Defendants' motion to dismiss, having rejected Defendants' Rule 68 Offer of Judgment, *see* Dkt. 94; and

       WHEREAS on January 29, 2021, Defendants filed a reply in further support of their motion, rendering this motion fully briefed, *see* Dkt. 96;

       IT IS HEREBY ORDERED that the parties must appear before the Court for a conference on **March 23, 2021, at 3:00 p.m.** The Court will conduct this conference **in-person**, in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

       IT IS FURTHER ORDERED that Plaintiff Ramon Canelas must appear personally at the March 23 conference. The Court will arrange for a court-certified Spanish interpreter to be present and will split the cost of the interpreter between the parties. Should the Court be unable

to secure the services of a court-certified interpreter, it will notify the parties in advance so they can make alternate arrangements to have a Spanish interpreter present.

      IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the instructions, attached.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client does not meet the requirements.

**SO ORDERED.**

**Date:  March 2, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.